1  Phillip A. Silvestri, Esq.
   Nevada Bar No. 11276
2  GREENSPOON MARDER, P.A.
   3993 Howard Hughes Pkwy., Ste. 400
3  Las Vegas, Nevada 89169
   Tel:    (702)978-4249
4  Fax:    (954)333-4256
   phillip.silvestri@gmlaw.com
5
6  CHERISH A BENEDICT
   (Admitted Pro Hac Vice)
7  GREENSPOON MARDER, P.A.
   201 East Pine St., Suite 500
8  Orlando, Florida  32801
   Telephone: (407) 425-6559
9  Facsimile: (407) 422-6583
   cherish.benedict@gmlaw.com
10
   Attorneys for Defendants
11
                    UNITED STATES DISTRICT COURT
12                       DISTRICT OF NEVADA
13
14  KEN KACHUR,                          | **Case No.: 2:16-cv-02899**
15                Plaintiff,
16  vs.                                  | **STIPULATION AND REQUEST TO**
                                           **EXTEND DISCOVERY AND OTHER**
17                                         **DEADLINES**
                                           **(THIRD REQUEST)**
18  NAV-LVH, LLC dba WESTGATE LAS
    VEGAS RESORT & CASINO, a Nevada,
19  Limited Liability Company,
20                Defendant.
21
22        Pursuant to Local Civil Rule 6-1(a), Defendant NAV-LVH LLC dba Westgate Las Vegas

23  Resort & Casino ("Defendant") and Plaintiff Ken Kachur ("Plaintiff"), by and through their

24  respective counsel of record, hereby stipulate as follows:

25        This request is being made timely in accordance with LR 26-4 and the prior scheduling

26  Order, which provides that requests for further discovery extensions must be made no later than

27  twenty-one (21) days before the existing discovery cut-off date, or, here, by February 12, 2018.

28  This is the third request for an extension.

1

This stipulation is made and based upon the following factors.

To date, the parties have both made their initial disclosures to the other side. Defendant has propounded written discovery to Plaintiff, to which Plaintiff has responded. Plaintiff has also propounded written discovery to Defendant, which is outstanding but timely. In addition, the parties have conducted some depositions and are in the process of locating a number of witnesses who have moved or left the state. For example, a key witness has moved to California and it has been difficult to coordinate a suitable date. Further, counsel for both parties have other cases before this Court, which involve overlapping witnesses to some extent and, thus, the attorneys are coordinating the scheduling of the depositions in such cases to minimize the burden on the witnesses and travel for out-of-state counsel. Lastly, because of the nature of this case, a deposition of Plaintiff's doctor is required and the scheduling of this deposition has been hampered as a result of the holiday season and the doctor's busy schedule.

The parties and their attorneys have diligently worked to complete discovery as expediently as possible and will continue to try to complete the remaining discovery in as expedient a manner as possible.

Given the above circumstances, the parties request that the discovery period be extended as follows:

| Activity | Former Date | Requested Date |
| --- | --- | --- |
| Discovery Cut-Off Date | 03/05/18 | 06/04/18 |
| Dispositive Motions | 04/03/18 | 07/02/18 |
| Pretrial Order | 05/07/18 | 08/06/18[1] |

---

[1] Or 30 days after the decision on the last dispositive motion.

32209492.1

In accordance with LR 26-4 the parties understand that any further requests for discovery extensions must be made no later than twenty-one (21) days before the newly-proposed discovery cut-off date of June 4, 2018, or no later than twenty-one (21) days before any other deadline sought to be extended.

DATED this 16th of January, 2018.

Law Offices of Michael P. Balaban

/s/ Michael P. Balaban

Michael P. Balaban, Esq.
Nevada Bar No. 9370
Law Offices of Michael P. Balaban
10726 Del Rudini Street
Las Vegas, NV 89141
Tel:    (702)586-2964
Fax:    (702)586-3023

Attorneys for Plaintiffs

Greenspoon Marder LLP

/s/ Phillip A. Silvestri

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel:    (702)978-4249
Fax:    (954)333-4256
phillip.silvestri@gmlaw.com

Attorneys for Defendant

CHERISH A BENEDICT
(Admitted Pro Hac Vice)
Florida Bar No. 99073
201 East Pine Street, Suite 500
Orlando, FL 32801
Telephone: (407) 425-6559
Facsimile: (407) 422-6583
cherish.benedict@gmlaw.com
lorraine.kyser@gmlaw.com

Attorneys for Defendant

IT IS SO ORDERED.

DATED: January 17, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

3