Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
phillip.silvestri@gmlaw.com

CHERISH A BENEDICT
(Admitted Pro Hac Vice)
GREENSPOON MARDER, P.A.
201 East Pine St., Suite 500
Orlando, Florida 32801
Telephone: (407) 425-6559
Facsimile: (407) 422-6583
cherish.benedict@gmlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KEN KACHUR,<br><br>Plaintiff,<br><br>vs.<br><br>NAV-LVH, LLC dba WESTGATE LAS VEGAS RESORT & CASINO, a Nevada, Limited Liability Company,<br><br>Defendant. | Case No.: 2:16-cv-02899<br><br>**STIPULATION AND REQUEST TO EXTEND DISCOVERY AND OTHER DEADLINES**<br>**(FOURTH REQUEST)** |

Pursuant to Local Civil Rule 6-1(a), Defendant NAV-LVH LLC dba Westgate Las Vegas Resort & Casino ("Defendant") and Plaintiff Ken Kachur ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

This request is being made timely in accordance with LR 26-4 and the prior scheduling Order, which provides that requests for further discovery extensions must be made no later than twenty-one (21) days before the existing discovery cut-off date, June 4, 2018. This is the fourth request for an extension.

1

34807511.1

This stipulation is made and based upon the following factors.

To date, the parties have both made their initial disclosures to the other side. Defendant has propounded written discovery to Plaintiff, to which Plaintiff has responded. Plaintiff has also propounded written discovery to Defendant, which has been responded to. In addition, the parties have conducted some depositions and are in the process of locating a number of witnesses who are no longer employed by Defendant. Additionally, a key witness has moved to California and it has been difficult to coordinate a suitable date for her deposition. Further, counsel for both parties have other cases before this Court, which involve overlapping witnesses to some extent and, thus, the attorneys are coordinating the scheduling of the depositions in such cases to minimize the burden on the witnesses and travel for out-of-state counsel. Lastly, because of the nature of this case, a deposition of Plaintiff's doctor is required and the scheduling of this deposition has been continually hampered as a result of the doctor's busy schedule. This deposition is currently in the process of being scheduled, and the parties anticipate it will be scheduled within two weeks.

The parties and their attorneys have diligently worked to complete discovery as expediently as possible and will continue to try to complete the remaining discovery in as expedient a manner as possible.

Given the above circumstances, the parties request that the discovery period be extended as follows:

| Activity | Former Date | Requested Date |
| --- | --- | --- |
| Discovery Cut-Off Date | 06/04/18 | 07/19/18 |
| Dispositive Motions | 07/02/18 | 08/16/18 |
| Pretrial Order | 08/06/18 | 09/20/18[1] |

---

[1] Or 30 days after the decision on the last dispositive motion.

34807511.1

In accordance with LR 26-4 the parties understand that any further requests for discovery extensions must be made no later than twenty-one (21) days before the newly-proposed discovery cut-off date of July 19, 2018 or no later than twenty-one (21) days before any other deadline sought to be extended.

DATED this 10th day of May, 2018.

| Law Offices of Michael P. Balaban | Greenspoon Marder LLP |
|---|---|
| */s/ Michael P. Balaban* | */s/ Phillip A. Silvestri* |
| Michael P. Balaban, Esq.<br>Nevada Bar No. 9370<br>Law Offices of Michael P. Balaban<br>10726 Del Rudini Street<br>Las Vegas, NV 89141<br>Tel:   (702)586-2964<br>Fax:  (702)586-3023<br><br>Attorneys for Plaintiffs | Phillip A. Silvestri, Esq.<br>Nevada Bar No. 11276<br>GREENSPOON MARDER LLP<br>3993 Howard Hughes Pkwy., Ste. 400<br>Las Vegas, Nevada 89169<br>Tel: (702) 978-4249<br>Fax: (954) 333-4256<br>phillip.silvestri@gmlaw.com<br><br>Attorneys for Defendant<br><br>CHERISH A BENEDICT<br>(Admitted Pro Hac Vice)<br>Florida Bar No. 99073<br>201 East Pine Street, Suite 500<br>Orlando, FL 32801<br>Telephone: (407) 425-6559<br>Facsimile: (407) 422-6583<br>cherish.benedict@gmlaw.com<br><br>Attorneys for Defendant |

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 15, 2018

3

34807511.1