1  PHILLIP A. SILVESTRI
   Nevada Bar No. 11276
2  GREENSPOON MARDER LLP
   3993 Howard Hughes Pkwy., Ste. 400
3  Las Vegas, Nevada 89169
4  Tel: (702) 978-4249
   Fax: (954) 333-4256
5  Phillip.Silvestri@gmlaw.com

6  MYRNA L. MAYSONET
   (Admitted Pro Hac Vice)
7  GREENSPOON MARDER LLP
   201 East Pine St., Suite 500
8  Orlando, Florida 32801
   Telephone: (407) 425-6559
9  Facsimile: (407) 422-6583
   myrna.maysonet@gmlaw.com
10

11 *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEN KACHUR, | Case No.: 2:16-cv-02899 |
| Plaintiff, | |
| vs. | **STIPULATION AND REQUEST TO EXTEND DISPOSITIVE MOTIONS DEADLINE** |
| NAV-LVH, LLC dba WESTGATE LAS VEGAS RESORT & CASINO, a Nevada, Limited Liability Company, | **(FIRST REQUEST)** |
| Defendant. | ECF No. 37 |

COME NOW, Defendant, named above, by and through its attorneys of record, MYRNA L. MAYSONET, ESQ. and PHILLIP A. SILVESTRI, ESQ., and Plaintiff, by and through his counsel of record, MICHAEL P. BALABAN, ESQ., pursuant to Local Rule IA 6-1, and herein stipulate, agree and make joint application to extend the dispositive motions date, for a period of three (3) weeks, up to and including December 10, 2018. The present dispositive motions deadline is November 16, 2018.

This is the first stipulation for an extension of time for the Defendant to file its Motion

Page 1 of 2

37035243v1

for Summary Judgement. This stipulation is made and based upon the following factors:

Counsel for both Plaintiff and Defendant have several matters pending before this Court, and have been engaged in ongoing discovery and briefing. Discovery on this case only recently was completed, and certain medical records were only recently received. The additional time will allow both parties the opportunity to thoroughly review the medical records and incorporate any pertinent information into their respective dispositive motions (if any are filed).

Based on the foregoing, the parties request that this Court order that the time for the dispositive motions be extended three (3) weeks, up to and including, December 10, 2018.

Dated: November 15, 2018

LAW OFFICES OF MICHAEL P. BALABAN

/s/*Michael P. Balaban*
Michael P. Balaban, Esq.
10726 Del Rudini St.
Las Vegas, NV 89141
Tel: (702)586-2964
Fax: (702)586-3023
Attorney for Plaintiff

Dated: November 15, 2018

GREENSPOON MARDER LLP

/s/*Phillip A. Silvestri*
Myrna L. Maysonet, Esq.
Phillip A. Silvestri, Esq.
3993 Howard Hughes Parkway,
Suite 400
Las Vegas, NV 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
phillip.silvestri@gmlaw.com
Attorneys for Defendant

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: 11-18-18

nunc pro tunc to 11-16-18