Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEN KACHUR,<br><br>            Plaintiff,<br><br>    vs.<br><br>NAV-LVH CASINO, LLC dba WESTGATE LAS VEGAS RESORT & CASINO, a Nevada Limited Liability Company,<br><br>            Defendant. | CASE NO. 2:16-cv-02899-JAD-CWH<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HIS RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>[LR 7-1]<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 7-1 that Plaintiff Ken Kachur's ("Plaintiff") response to Defendant NAV-LVH Casino, LLC dba Westgate Las Vegas Resort & Casino's motion for summary judgment filed on December 14, 2018, for which the opposition is currently due by January 4, 2019, will be continued to January 16, 2019.

///

1

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given the other matters Plaintiff's counsel is involved in, including preparing a pre-trial order in one case, responding to written discovery in another case and preparing initial disclosures in two other cases. No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendant's motion for summary judgment.

| LAW OFFICES OF MICHAEL P. BALABAN | GREENSPOON MARDER LLP |
|---|---|
| /s/ Michael P. Balaban, Esq.<br>Michael P. Balaban, Esq.<br>10726 Del Rudini Street<br>Las Vegas, NV 89141<br>Attorney for Plaintiff | /s/ Phillip A. Silvestri, Esq.<br>Phillip A. Silvestri, Esq.<br>3993 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV 89169<br>Attorney for Defendant |
| Dated: January 2, 2019 | Dated: January 2, 2019 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: January 2, 2019.