PHILLIP A. SILVESTRI
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
Phillip.Silvestri@gmlaw.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEN KACHUR,<br><br>Plaintiff,<br><br>vs.<br><br>NAV-LVH, LLC dba WESTGATE LAS VEGAS RESORT & CASINO, a Nevada, Limited Liability Company,<br><br>Defendant. | Case No.: 2:16-cv-02899-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(LR IA 6-1; 7-1)**<br><br>**(FIRST REQUEST)** |

COME NOW, Defendant, named above, by and through its counsel of record, PHILLIP A. SILVESTRI, ESQ., and Plaintiff, by and through his counsel of record, MICHAEL P. BALABAN, ESQ., pursuant to Local Rules IA 6-1 and 7-1, and herein stipulate, agree and make joint application to extend Defendant's deadline to file a Reply in Support of its Motion for Summary Judgment for a period of two weeks, up to and including February 12, 2019. The present deadline is January 29, 2019.

This is the first stipulation for an extension of this deadline. This stipulation is made and based upon the following factors:

Counsel for Defendant is currently involved in numerous matters before this Court, many of which have responsive pleading deadlines during the next week (and over the past two (2) weeks). Additional counsel is working on preparing for a final hearing in an arbitration matter. While counsel is working diligently, a short continuance is necessary to allow Defendant to

38104540.1

prepare an and file an adequate Reply brief.

Based on the foregoing, the parties request that this Court order that the deadline for Defendant to file a Reply in Support of its Motion for Summary Judgment for a period of two (2) weeks, up to and including, February 12, 2019.

| | |
|---|---|
| Dated: January 24, 2019 | Dated: January 14, 2019 |
| LAW OFFICES OF MICHAEL P. BALABAN | GREENSPOON MARDER LLP |
| /s/*Michael P. Balaban* | /s/*Phillip A. Silvestri* |
| Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV 89141<br>Tel: (702)586-2964<br>Fax: (702)586-3023<br>Attorney for Plaintiff | Phillip A. Silvestri, Esq.<br>3993 Howard Hughes Parkway,<br>Suite 400<br>Las Vegas, NV 89169<br>Tel: (702) 978-4249<br>Fax: (954) 333-4256<br>phillip.silvestri@gmlaw.com<br>Attorneys for Defendant |

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
Dated: January 25, 2019.

38104540.1