PHILLIP A. SILVESTRI
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
Phillip.Silvestri@gmlaw.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEN KACHUR,<br><br>Plaintiff,<br><br>vs.<br><br>NAV-LVH, LLC dba WESTGATE LAS VEGAS RESORT & CASINO, a Nevada, Limited Liability Company,<br><br>Defendant. | **Case No.: 2:16-cv-02899-JAD-CWH**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT**<br><br>**(LR IA 6-1; 7-1)**<br><br>**(FIRST REQUEST)** |

COME NOW, Defendant, named above, by and through its counsel of record, PHILLIP A. SILVESTRI, ESQ., and Plaintiff, by and through his counsel of record, MICHAEL P. BALABAN, ESQ., pursuant to Local Rules IA 6-1 and 7-1, and herein stipulate, agree and make joint application to extend Defendant's deadline to file a Renewed Motion for Summary Judgment for a period of two weeks, up to and including July 24, 2020. The present deadline is July 10, 2020.

This is the first stipulation for an extension of this deadline. This stipulation is made and based upon the following factors:

Based on the Ninth Circuit's determination in this case, the Court set a deadline for Defendant to file a new Motion for Summary Judgment (MSJ) on the now revived claim for violation of the Americans with Disabilities Act. ECF#58. The Court set the deadline for July 10, 2020. *Id.* After filing, Plaintiff filed a Motion for Clarification in the Ninth Circuit requesting

confirmation of whether the Ninth Circuit remanded the case for further motion practice, or simply a trial. The Ninth Circuit confirmed that this Court was permitted to consider a renewed MSJ. Defendant has been diligently working to draft a renewed MSJ, but has encountered unexpected absences and reduced staffing due to the coronavirus pandemic, making filing by the current deadline impracticable.

Based on the foregoing, the parties request that this Court order that the deadline for Defendant to file a renewed MSJ Reply in Support of its Motion for Summary Judgment for a period of two (2) weeks, up to and including, July 24, 2020.

Dated: July 1, 2020

LAW OFFICES OF MICHAEL P. BALABAN

/s/*Michael P. Balaban*
Michael P. Balaban, Esq.
10726 Del Rudini St.
Las Vegas, NV 89141
Tel: (702)586-2964
Fax: (702)586-3023
Attorney for Plaintiff

Dated: July 1, 2020

GREENSPOON MARDER LLP

/s/*Phillip A. Silvestri*

Phillip A. Silvestri, Esq.
3993 Howard Hughes Parkway,
Suite 400
Las Vegas, NV 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
phillip.silvestri@gmlaw.com
Attorneys for Defendant

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: 7/1/2020

44374345v1